Decided May 4, 2000

STATE OF CONNECTICUT *v.* GREGORY J. CORREA

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 98 (AC 18505), is denied.

*Pamela S. Nagy*, assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided May 4, 2000

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 19 (AC 18629), is granted, limited to the following issue: